UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Rhonda J. Holbrook : Case #: 07-51608

: Chapter 13

: Judge Preston

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: November 18, 2010         /s/ Frank M. Pees_____
                                 Frank M. Pees
                                 Chapter 13 Trustee


Name and Address                 Amount
Nelsonville Check Exchange       $93.79
626 Chestnut St
Nelsonville, OH  45764